**Order entered October 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00593-CV

**BROOKE ARMBRISTER, Appellant**

**V.**

**AMERICAN HONDA FINANCIAL CORPORATION, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00400**

## ORDER

Before the Court are appellee's October 1, 2019 motion for extension of time to file its brief and appellant's October 2, 2019 response. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than October 21, 2019.

/s/     KEN MOLBERG
JUSTICE